# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| SARAH HILL and MONICA O'ROURKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANIDAE CORPORATION,<br><br>Defendant. | CASE NO. 5:20-CV-01374-JGB-(SPx)<br><br>**ORDER GRANTING STIPULATION TO STAY DEADLINES** |

This matter is before the Court on the parties' Joint Notice of Class Action Settlement and Stipulation to Stay Deadlines.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. The parties shall have 30 days from the date of the Joint Notice to file a motion for preliminary approval of the proposed class action settlement under Federal Rule of Civil Procedure 23; and,
2. All deadlines, including Defendant's deadline to respond to Plaintiffs' Amended Complaint (currently set for January 15, 2021), be stayed pending finalization of the proposed settlement and filing of the motion for preliminary approval.

**IT IS SO ORDERED**

DATED:  January 19, 2021

By: _____
Hon. Jesus G. Bernal
United States District Court Judge