UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SARAH HILL and MONICA O'ROURKE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CANIDAE CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. 5:20-CV-01374-JGB-SP<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1 | This matter is before the Court on the parties' Stipulation to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. The deadline for the Parties to file a motion for preliminary approval of the proposed class action settlement shall be extended to March 5, 2021.

**IT IS SO ORDERED**

DATED:  February 22, 2021

By: _____
Hon. Jesus G. Bernal
United States District Court Judge