Alex R. Straus, SBN 321366
alex@gregcolemanlaw.com
**GREG COLEMAN LAW PC**
16748 McCormack Street
Los Angeles, CA 91436
Telephone: (917) 471-1894
Facsimile:  (310) 496-3176

Lisa A. White (*pro hac vice*)
Arthur M. Stock (*pro hac vice*)
lisa@gregcolemanlaw.com
arthur@gregcolemanlaw.com
**GREG COLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Fascimile:  (865) 522-0049

*Plaintiffs' Attorneys*
*Additional attorneys on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HILL and MONICA O'ROURKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANIDAE CORPORATION,<br><br>Defendant. | CASE NO. 5:20-CV-01374-JGB-SP<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: Monday, April 5, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. Jesus G. Bernal |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Monday, April 5, 2021 at 9 a.m., or as soon thereafter as counsel may be heard by the above-captioned Court, located at 3470 12th Street, Riverside, California, 92501, Plaintiffs Sarah Hill and Monica O'Rourke ("Plaintiffs"), will hereby move for an order:

1. Of preliminary approval of the class action settlement as set forth in the Settlement Agreement attached as Exhibit 1 to the Declaration of Lisa A. White in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("White Decl.").

2. Of certification, for settlement purposes only, of a Settlement Class defined as:

> All persons residing in the United States and its territories who purchased the Products in the United States and its territories for personal, family, or household purposes, and not for resale, after July 9, 2016 and prior to and including the Notice Date.

Excluded from the Class are (a) all persons who are employees, directors, officers, and agents of Canidae, or its subsidiaries and affiliated companies; (b) persons or entities who purchased the Products primarily for the purposes of resale to consumers or other resellers; (c) governmental entities; (d) persons who timely and properly exclude themselves from the Class as provided in this Settlement; and (e) the Court, the Court's immediate family, and Court staff.

3. Directing dissemination of notice in the form and manner set forth in the Settlement Agreement; and

4. Setting a date for a Final Approval Hearing.

A copy of the [Proposed] Order for Preliminary Approval is being filed concurrently with this Motion, attached to White Decl., Exhibit F.

This Motion is based on the Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith; the concurrently filed Declaration of Lisa A.

White along with its exhibits; the papers and pleadings on file with the Court; and upon such other evidence, information, or material as may be presented to the Court.

Dated: March 5, 2021.                      Respectfully submitted,

    /s/ *Lisa A. White*
Lisa A. White*
Arthur Stock*
**GREG COLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
Fax: 865-522-0049
lisa@gregcolemanlaw.com
arthur@gregcolemanlaw.com

Alex R. Straus, SBN 321366
**GREG COLEMAN LAW PC**
16748 McCormack Street
Los Angeles, CA  91436
Telephone: (310) 450-9689
Facsímile: (310) 496-3176
alex@gregcolemanlaw.com

J. Hunter Bryson*
**WHITFIELD BRYSON, LLP**
641 S St. NW
Washington, DC 20001
Tel: (919) 539-2708
hunter@whitfieldbryson.com

Nick Suciu III*
**BARBAT, MANSOUR, SUCIU & TOMINA PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: 313-303-3472
nicksuciu@bmslawyers.com

*Attorneys for Plaintiff*
* by *pro hac vice*