Alex R. Straus, SBN 321366
astraus@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
280 South Beverly Drive, Suite PH
Beverly Hills, CA  90212
T:  917-471-1894
F:  865-522-0049
*Attorneys for Plaintiffs*
*Additional attorneys on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HILL and MONICA O'ROURKE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>  v.<br><br>CANIDAE CORPORATION, a California Corporation,<br><br>                Defendant. | Case No.  5:20-cv-01374-JGB-SP<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br><br>**HEARING**<br>Dated:  September 13, 2021<br>Time:  9:00 a.m.<br>Courtroom: 1<br>Judge: Honorable Jesus G. Bernal |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Monday, September 13, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-captioned Court, located at 3470 12th Street, Riverside, California 92501, Plaintiffs Sarah Hill and Monica O'Rourke ("Plaintiffs"), will hereby move for an order:

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS
CASE NO. 5:20-CV-01374-JGB-SP  -  1

1. Approving class settlement of the class action settlement as set forth in Class Counsel's Motion for Attorneys' Fees, Expenses, and Service Awards, Memorandum in Support, Declaration of Daniel K. Bryson and Declaration of J. Hunter Bryson filed contemporaneously herewith.

Dated: August 16, 2021.                    Respectfully submitted,

                                                  */s/ Alex R. Straus*
                                                 Alex R. Straus, SBN 321366
                                                 **MILBERG COLEMAN BRYSON**
                                                 **PHILLIPS GROSSMAN PLLC**
                                                 280 South Beverly Drive, Suite PH
                                                 Beverly Hills, CA  90212
                                                 T:  917-471-1894
                                                 F:  865-522-0049
                                                 astraus@milberg.com

                                                 Arthur Stock*
                                                 **MILBERG COLEMAN BRYSON**
                                                 **PHILLIPS GROSSMAN PLLC**
                                                 First Tennessee Plaza
                                                 800 S. Gay Street, Suite 1100
                                                 Knoxville, TN 37929
                                                 T:  865-247-0080
                                                 F:  865-522-0049
                                                 astock@milberg.com

                                                 Daniel K. Bryson*
                                                 J. Hunter Bryson*
                                                 **MILBERG COLEMAN BRYSON**
                                                 **PHILLIPS GROSSMAN PLLC**
                                                 900 W. Morgan Street
                                                 Raleigh, NC  27603
                                                 T:  919-600-5000
                                                 hbryson@milberg.com

| | |
|---|---|
| 1 | |
| 2 | Nick Suciu III* |
| | **BARBAT, MANSOUR, SUCIU & TOMINA PLLC** |
| 3 | 6905 Telegraph Rd., Suite 115 |
| 4 | Bloomfield Hills, MI 48301 |
| | T: 313-303-3472 |
| 5 | nicksuciu@bmslawyers.com |

Nick Suciu III*
**BARBAT, MANSOUR, SUCIU & TOMINA PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
T: 313-303-3472
nicksuciu@bmslawyers.com

Jonathan Shub, SBN 237708
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
T: 856-772-7200
F: 856-210-9088
jshub@shublawyers.com

Gary E. Mason*
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Ave., NW, Suite 305
Washington, DC 20016
T: 202-640-1160
gmason@masonllp.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice*