1  Alex R. Straus, SBN 321366
2  astraus@milberg.com
   **MILBERG COLEMAN BRYSON**
3  **PHILLIPS GROSSMAN PLLC**
4  280 South Beverly Drive, Suite PH
   Beverly Hills, CA 90212
5  T: 917-471-1894
6  F: 865-522-0049
7  *Attorneys for Plaintiffs*
   *Additional attorneys on signature page*
8
9  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12 | SARAH HILL and MONICA O'ROURKE, on behalf of themselves and all others similarly situated, | Case No. 5:20-cv-01374-JGB-SP |
   |---|---|
   | Plaintiffs, | **PLAINTIFFS' UNOPPOSED MOTION AND NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
   | v. | |
   | CANIDAE CORPORATION, a California Corporation, | **HEARING** |
   | Defendant. | Dated: September 13, 2021<br>Time: 9:00a.m.<br>Courtroom: 1<br>Judge: Honorable Jesus G. Bernal |

**PLAINTIFFS' UNOPPOSED MOTION AND NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** - 1

Notice is hereby given that, on September 13, 2021, at 9:00 a.m. or as soon thereafter as counsel may be heard before Hon. Jesus G. Bernal in Courtroom 1 of the United States District Court for the Central District of California Courthouse, 3470 12th Street, Riverside, CA 92501, Plaintiffs Sarah Hill and Monica O'Rourke will and hereby do move the Court to enter an order under Rule 23 of the Federal Rules of Civil Procedure:

1. Finally approving the Settlement Agreement between Plaintiffs and Defendants as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure;

2. Dismissing this action against Defendants with prejudice;

3. Adjudging that Plaintiff and the Class be deemed conclusively to have released and waived any and all Settled Claims against the Defendants as provided in the Settlement Agreement;

4. Barring and permanently enjoining the Parties and the Class from prosecuting any Settled Claims, as provided in the Settlement Agreement, against any Party as to whom they have released claims.

5. Retaining exclusive continuing jurisdiction over the implementation of the Settlement Agreement, the disposition of the Settlement Fund, and enforcement and administration of the Settlement Agreement.

This motion is supported by the accompanying Memorandum of Law, the Proposed Order filed herewith, the Declaration of, the Declaration of, the Declaration of, all the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3. Defendants do not oppose the relief sought by this motion and have approved the form of the proposed order.

Dated: August 16, 2021.   Respectfully submitted,

/s/ Alex R. Straus
Alex R. Straus, SBN 321366
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 South Beverly Drive, Suite PH
Beverly Hills, CA  90212
T:  917-471-1894
F:  865-522-0049
astraus@milberg.com

Arthur Stock*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T:  865-247-0080
F:  865-522-0049
astock@milberg.com

Daniel K. Bryson*
J. Hunter Bryson*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC  27603
T:  919-600-5000
hbryson@milberg.com

Nick Suciu III*
**BARBAT, MANSOUR, SUCIU & TOMINA PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
T:  313-303-3472
nicksuciu@bmslawyers.com

**PLAINTIFFS' UNOPPOSED MOTION AND NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**   - 3

Jonathan Shub, SBN 237708
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
T: 856-772-7200
F: 856-210-9088
jshub@shublawyers.com

Gary E. Mason*
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Ave., NW, Suite 305
Washington, DC 20016
T: 202-640-1160
gmason@masonllp.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice

**PLAINTIFFS' UNOPPOSED MOTION AND NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** - 4